BADIAK & WILL
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

REEBOK INTERNATIONAL, LTD.,

                              Plaintiff,                    **Rule 7.1 Statement**

    -against-

A.P. MOLLER-MAERSK A/S trading as Maersk Sealand,

                              Defendant.

------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, DELTA AIR LINES, INC., A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

SEE ATTACHED

DATE: August 9, 2007

                                                  SIGNATURE OF ATTORNEY
                                                  JAMES P. KRAUZLIS (4972)

FORM SDNY-9

Adidas AG
Reebok International Ltd.
The Hockey Company
Onfield Apparel Group, LLC
Rockport
Reebok CCM Hockey
Reebok International Ltd. (UK)
TaylorMade
Adidas Golf
Maxfli