462-07/PJG/PLS
FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
A.P. Moller – Maersk A/S
80 Pine Street
New York, New York 10005
(212) 425-1900
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

REEBOK INTERNATIONAL, LTD.,     07-CV. 7136 (PKL)

                Plaintiff,     **7.1 STATEMENT**

-against-

A.P. MOLLER-MAERSK A/S trading as
Maersk Sealand,

                Defendant.
----------------------------------------------------------x

       Defendant, A.P. MOLLER-MAERSK A/S certifies that it is not a publicly held corporation and that no publicly held corporation owns 10% of its stock.

Dated: New York, New York
        November 14, 2007

                                        FREEHILL, HOGAN & MAHAR LLP
                                        Attorneys for Defendant
                                        A.P. Moller – Maersk A/S

                                        By: _____
                                            Peter J. Gutowski (PG 2200)
                                        Pamela L. Schultz (PS 8675)
                                        80 Pine Street, 24th Floor
                                        New York, NY 10005-1759
                                        Tel: (212) 425-1900

TO:   BADIAK & WILL, LLP
        Attorneys for Plaintiff
        106 Third Street
        Mineola, NY 11501-4404
            Attn: James P. Krauzlis, Esq.

NYDOCS1/293914.1