# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## SUMMONS IN A CIVIL ACTION

REEBOK INTERNATIONAL, LTD.,

**07 CV 7136 (PKL)**

Plaintiff,

-against-

A.P. MOLLER-MAERSK A/S, trading as
Maersk Sealand,

Defendant

---

A.P. MOLLER-MAERSK A/S,

Third-Party Plaintiff,

- against –

CONTAINER INTERMODAL TRANSPORT,
INC. and MEDARDO ATILIO CRUZ,

Third-Party Defendants

---

TO: (NAME AND ADDRESS OF THIRD-PARTY DEFENDANT)
CONTAINER INTERMODAL TRANSPORT, INC.
542 Flint Avenue
Wilmington, CA 90744

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)
FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn: Peter J. Gutowski, Esq.
Attn: Pamela L. Schultz, Esq.

an answer to the verified complaint which is hereby served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the verified complaint.

J. MICHAEL McMAHON

NOV 1 6 2007

*[signature]*

DATE

BY DEPUTY CLERK

NYDOCS1/294008.1

| Attorney or Party without Attorney:<br>LAW OFFICES OF FREEHILL, HOGAN & MAHAR<br>80 PINE ST.<br>NEW YORK, NY 10005-1759 | Telephone No.:<br>(212) 425-1900 | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT OF NEW YORK |
|---|

| Plaintiff: REEBOK |
| Defendant: A.P. |

| PROOF OF SERVICE<br>(Third Party Summons) | Hearing Date: | Time: | Dept/Div | Case Number:<br>07 CV 7136 (PKL) |
|---|---|---|---|---|

*1.* At the time of service I was at least 18 Years of age and not a party to this action.

*2.* **I served copies** of the:
  Third Party Summons; Third Party Complaint

*3.* a. *Party Served:*         MEDARDO ATILIO CRUZ (Defendant)

   b. *Person Served:*       MARIA CRUZ, CO-TENANT

*4.* *Address where the party was served:*   11019 CASSINA STREET
                                              APT. D
                                              SOUTH GATE, CA 90280-0

*5.* *I served the party:*
   b. **by substituted service** on: Sun, Feb. 10, 2008 at: 8:35AM I left the documents listed in item 2 with or in the presence of:
      MARIA CRUZ, CO-TENANT
   (2) (home) MEMBER OF HOUSEHOLD, OVER 18 YEARS. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed by (by first-class, postage prepaid), copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on: Tue, Feb. 12, 2008 from: Long Beach CA

*7.* *Person who served the papers:*                Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. BOB SHULTZ                                   d. *The Fee for service was:* $41.50
   b. A & M ATTORNEY SERVICE, INC.                 e. I am: (3) Registered California process server.
   P.O. BOX 7881                                        (i) Owner
   Long Beach, CA 90807                                 (ii) Registration No.: 1989
   c. (562) 426-8306                                    (iii) County: ORANGE



*8.* *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Feb. 14, 2008

| Judicial Council form POS-010 | PROOF OF SERVICE | (BOB SHULTZ) | FREEH.374608 |

| Attorney or Party without Attorney:<br>LAW OFFICES OF FREEHILL, HOGAN & MAHAR<br>80 PINE ST.<br>NEW YORK, NY 10005-1759<br><br>Attorney for: Plaintiff | Telephone No.:<br>(212) 425-1900 | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT OF NEW YORK | | |
| Plaintiff: REEBOK<br>Defendant: A.P. | | |

| DILIGENCE DECLARATION<br>(Third Party Summons) | Hearing Date: | Time: | Dept/Div | Case Number:<br>07 CV 7136 (PKL) |
|---|---|---|---|---|

1. DOCUMENTS: THIRD PARTY SUMMONS - THIRD PARTY COMPLAINT

2. I, BOB SHULTZ, and any employees or independent contractors retained by A & M ATTORNEY SERVICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on the Defendant **MEDARDO ATILIO CRUZ** as follows:

   Address #1, Home
   ----------------
   11019 CASSINA STREET
   APT. D
   SOUTH GATE CA 90280-0

| DAY | DATE | TIME | LOCATION | R E S U L T |
|---|---|---|---|---|
| Thu | 02/07/08 | 6:20PM | Residence | NO ANSWER Attempt made by BOB SHULTZ. |
| Fri | 02/08/08 | 7:00AM | Residence | NO ANSWER Attempt made by BOB SHULTZ. |
| Sat | 02/09/08 | 2:30PM | Residence | NO ANSWER Attempt made by BOB SHULTZ. |
| Sun | 02/10/08 | 08:35AM | Residence | Substituted Service on MEDARDO ATILIO CRUZ at residence - 11019 CASSINA STREET APT. D  SOUTH GATE CA 90280-0, By leaving a copy of the Documents with MARIA CRUZ, CO-TENANT, Served by BOB SHULTZ. |
| Tue | 02/12/08 | | | Mailed copy of Documents to MEDARDO ATILIO CRUZ at the above address. |

3. Person executing:
   BOB SHULTZ
   A & M ATTORNEY SERVICE, INC.
   P.O. BOX 7881
   Long Beach, CA 90807
   (562) 426-8306

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a.                    $41.50
   d.    Registered California process
         server.
         (2) Registration NO.: 1989
         (3) County: ORANGE

4. *I declare* under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Feb. 14, 2008

                                                                     _____
                        DILIGENCE DECLARATION                        (Signature)    FREEH.374608