# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## SUMMONS IN A CIVIL ACTION

REEBOK INTERNATIONAL, LTD.,

**07 CV 7136 (PKL)**

Plaintiff,

-against-

A.P. MOLLER-MAERSK A/S, trading as
Maersk Sealand,

Defendant

--------------------------------------------------------------

A.P. MOLLER-MAERSK A/S

Third-Party Plaintiff,

- against –

CONTAINER INTERMODAL TRANSPORT,
INC. and MEDARDO ATILIO CRUZ,

Third-Party Defendants

--------------------------------------------------------------

TO: (NAME AND ADDRESS OF THIRD-PARTY DEFENDANT)
MEDARDO ATILIO CRUZ
11019 Cassina Street, Apt. D
Southgate, CA 90280

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)
FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn:  Peter J. Gutowski, Esq.
Attn:  Pamela L. Schultz, Esq.

an answer to the verified complaint which is hereby served upon you, within 20 days after service of this summons
upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the verified complaint.

NOV 1 6 2007

J. MICHAEL McMAHON

_____
DATE

CLERK  *Marcos Quintero*

_____
BY  DEPUTY CLERK

| Attorney or Party without Attorney:<br>**LAW OFFICES OF FREEHILL, HOGAN & MAHAR**<br>80 PINE ST.<br>NEW YORK, NY 10005-1759<br><br>*Attorney for:* Plaintiff | *Telephone No.:*<br>(212) 425-1900 | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT OF NEW YORK |
|---|

| *Plaintiff:* REEBOK<br>*Defendant:* A.P. |
|---|

| **PROOF OF SERVICE**<br>**(Third Party Summons)** | *Hearing Date:* | *Time:* | *Dept/Div* | *Case Number:*<br>07 CV 7136 (PKL) |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Third Party Summons; Third Party Complaint

3. a. *Party Served:*  CONTAINER INTERMODAL TRANSPORT, INC. (Defendant)

   b. *Person Served:*  SANDY SANDOVAL, AUTHORIZED TO ACCEPT SERVICE

4. *Address where the party was served:*  986 W. LA ALAMEDA AVENUE
   SAN PEDRO, CA 90731-0

5. **I served the party:**
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed, Feb. 20, 2008 (2) at: 4:10PM

7. *Person who served the papers:*

   a. BOB SHULTZ
   b. **A & M ATTORNEY SERVICE, INC.**
   P.O. BOX 7881
   Long Beach, CA 90807
   c. (562) 426-8306

   *Recoverable Costs Per CCP 1033.5(a)(4)(B)*
   d. *The Fee for service was:* $41.50
   e. I am: (3) Registered California process server.
   (i) *Owner*
   (ii) *Registration No.:* 1989
   (iii) *County:* ORANGE



8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   *Date:* Feb. 22, 2008

   ►

---

*Judicial Council form POS-010*      PROOF OF SERVICE      (BOB SHULTZ)      *FREEH.374607*