UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

REEBOK INTERNATIONAL, LTD.              Index. No.: 07-CV-7136
                                                         (PKL)
                Plaintiff,
                                        **NOTICE OF APPEARANCE**
-against-

A.P. MOLLER-MAERSK A/S, trading as
Maersk Sealand,

                Defendant
-------------------------------------------------------------------X
A.P. MOLLER-MAERSK A/S,

                Third Party Plaintiff,

-against-

CONTAINER INTERMODAL TRANSPORT, INC.,
and MEDARDO ATILIO CRUZ,

                Third-Party Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the undersigned has been retained by and appears for third-party defendant Container Intermodal Transport, Inc. and Medardo Atilio Cruz in this action and demands that a copy of all notices and other papers therein be served on us at our offices located at 3340 Veterans Memorial Highway, Suite 400, Bohemia New York 11716.

DATED:    Bohemia, New York
                 March 19, 2008

                                            CAMPOLO, MIDDLETON
                                            & ASSOCIATES, LLP

                                            By: _____
                                            JOSEPH N. CAMPOLO (JC8079)
                                            *Attorneys for third-party Defendant*
                                            3340 Veterans Memorial Highway
                                            Suite 400
                                            Bohemia, NY 11716
                                            (631) 738-9100
                                            jcampolo@cmnallp.com

TO: James P. Krauzlls, Esq.
BADLAK & WILL, LLP
Attorney for Plaintiffs
106 Third Street
Mineola, NY 11501
(516) 877-2225

Peter J. Gutowski, Esq.
FREEHILL, HOGAN & MAHAR LLP
Attorney for Defendant/Third Party Plaintiff
80 Pine Street, 24th Floor
New York, NY 10005-1759
(212) 425-1900