CAMPOLO, MIDDLETON & ASSOCIATES, LLP
3340 Veterans Memorial Highway, Suite 400
Bohemia, New York 11716
Phone: (631) 738-9100  Fax: (631) 738-0659

March 19, 2008

Honorable Peter K. Leisure
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    **Reebok International v. A.P. Moller-Maersk – Case#: 1:07-cv-07136(PKL)**

Dear Judge Leisure:

Please be advised that this office has recently been retained to represent the Third Party Defendants Container Intermodal Transport, Inc. and Medardo Atilio Cruz in the above referenced matter.

Kindly accept this correspondence as a request for an extension of time for Third Party Defendants to submit their Answers to the Complaint and Third Party Complaint up to and including March 31, 2008.

As indicated by the enclosed Stipulation, we have obtained the consent of Plaintiff and Defendants/Third Party Plaintiffs for the extension of time.

Our office intends to be at the conference scheduled for April 3, 2008.

Thank you for your consideration and attention to this matter.

Very truly yours,

CAMPOLO, MIDDLETON
& ASSOCIATES, LLP

By: _____
    Joseph J. Campolo, Esq.

JNC/jw
Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

REEBOK INTERNATIONAL, LTD.,

07 CV 7136 (PKL)

                    Plaintiff,

                                        STIPULATION EXTENDING
    - against -                         TIME TO ANSWER

A.P. MOLLER-MAERSK A/S, trading as
Maersk Sealand,.

                    Defendant.
-------------------------------------------------X
A.P. MOLLER-MAERSK A/S,

                    Third Party Plaintiff,

    - against -

CONTAINER INTERMODAL TRANSPORT, INC.,
and MEDARDO ATILIO CRUZ,

                    Third Party Defendants.
-------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED that the time for Third Party
Defendants, CONTAINER INTERMODAL TRANSPORT, INC. and MEDARDO ATILIO
CRUZ, to appear and to Answer, Amend or Supplement the Answer as of course or to make any
motion with relation to the Complaint and Third Party Complaint in this action, be and the same
hereby is extended to and including the 31st day of March, 2008.

Dated: Bohemia, New York
       March 14, 2008


_____              _____
James P. Krauzlis, Esq.              Peter J. Gutowski, Esq.
BADIAK & WILL, LLP                   FREEHILL, HOGAN & MAHAR LLP
Attorney for Plaintiffs              Attorney for Defendant/
106 Third Street                         Third Party Plaintiff
Mineola, NY 11501                    80 Pine Street, 24th Floor
(516) 877-2225                       New York, NY 10005-1759
                                     (212) 425-1900

_____
Joseph N. Campolo, Esq. ( JC 8079 )
**CAMPOLO, MIDDLETON & ASSOCIATES, LLP**
Attorneys for Third Party Defendants
3340 Veterans Memorial Highway
Suite 400
Bohemia, NY 11716
(631) 738-9100

**SO ORDERED:**

_____