MAR-14-2008 FRI 11:54 AM BADIAK WILL AND RUDDY    FAX NO. 12123766778    P. 02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
REEBOK INTERNATIONAL, LTD.,

        Plaintiff,

   - against -

A.P. MOLLER-MAERSK A/S, trading as
Maersk Sealand,

        Defendant.
------------------------------------X
A.P. MOLLER-MAERSK A/S,

        Third Party Plaintiff,

   - against -

CONTAINER INTERMODAL TRANSPORT, INC.,
and MEDARDO ATILIO CRUZ,

        Third Party Defendants,
------------------------------------X

07 CV 7136 (PKL)

STIPULATION EXTENDING
TIME TO ANSWER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

IT IS HEREBY STIPULATED AND AGREED that the time for Third Party Defendants, CONTAINER INTERMODAL TRANSPORT, INC. and MEDARDO ATILIO CRUZ, to appear and to Answer, Amend or Supplement the Answer as of course or to make any motion with relation to the Complaint and Third Party Complaint in this action, be and the same hereby is extended to and including the 31st day of March, 2008.

Dated: Bohemia, New York
       March 14, 2008

James P. Krauzlis, Esq.
BADIAK & WILL, LLP
Attorney for Plaintiffs
106 Third Street
Mineola, NY 11501
(516) 877-2225

Peter J. Gutowski, Esq.
FREEHILL, HOGAN & MAHAR LLP
Attorney for Defendant/
   Third Party Plaintiff
80 Pine Street, 24th Floor
New York, NY 10005-1759
(212) 425-1900

_____
**Joseph N. Campolo, Esq.** (JC 8079)
**CAMPOLO, MIDDLETON & ASSOCIATES, LLP**
Attorneys for Third Party Defendants
3340 Veterans Memorial Highway
Suite 400
Bohemia, NY 11716
(631) 738-9100

**SO ORDERED:** 3/24/08

_____