462-07/ROSS
FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
A.P. Moller – Maersk A/S
80 Pine Street
New York, New York 10005
(212) 425-1900
James L. Ross (JR 6411)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

REEBOK INTERNATIONAL, LTD.,                 07-CV. 7136 (PKL)

              Plaintiff,

    -against-                                **NOTICE OF APPEARANCE**

A.P. MOLLER-MAERSK A/S, trading as
Maersk Sealand,

              Defendant

------------------------------------------------------------x
A.P. MOLLER-MAERSK A/S, trading as
Maersk Sealand,

              Third-Party Plaintiff,

    - against –

CONTAINER INTERMODAL TRANSPORT,
INC. and MEDARDO ATILIO CRUZ,

              Third-Party Defendants.
------------------------------------------------------------x

NYDOCS1/301257.1

Please enter the additional appearance of the undersigned on behalf of the Defendant/Third-Party Plaintiff A. P. Moller-Maersk/A/S to receive ECF notices in the above matter.

We certify that we are admitted to practice in this Court.

Dated: New York, New York
       March 25, 2008

                                               FREEHILL, HOGAN & MAHAR LLP
                                               Attorneys for Defendant and Third-Party
                                               Plaintiff A.P. Moller – Maersk A/S

                                               By: _____
                                                   James L. Ross (JR 6411)
                                                   80 Pine Street, 24th Floor
                                                   New York, NY 10005-1759
                                                   Tel: (212) 425-1900

TO:    BADIAK & WILL, LLP
           Attorneys for Plaintiff
           Reebok International Ltd.
           106 Third Street
           Mineola, NY 11501-4404
           Attn: James P. Krauzlis, Esq.

           Campolo, Middleton & Associates, LLP
           Attorneys for Third-Party Defendants
           Container Intermodal Transport, Inc.
           and Medardo Atilio Cruz
           3340 Veterans Memorial Highway
           Suite 400
           Bohemia, New York 11716
           Attn: Joseph N. Campolo, Esq.