# BADIAK & WILL, LLP    MEMO ENDORSED

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

July 30, 2008



RECEIVED
CHAMBERS OF

AUG - 1 2008

PETER K. LEISURE
USDJ/SDNY

Honorable Peter K. Leisure
Senior U.S. District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: Reebok International v. A.P. Moller-Maersk A/S Trading as Bear Sea Land
v. Container Intermodal, et al.
Docket No.: 07 Civ. 7136 (PKL)
Our Ref.: 07-M-011-JK

Honorable Peter K. Leisure:

As your Honor may recall, we represent the plaintiff in the captioned proceeding which is before your Honor in which a Scheduling Order was issued on May 9, 2008, providing for the completion of all discovery by August 8, 2008. The parties have exchanged informal discovery and are scheduling depositions of the party witnesses while, at the same time, entertaining settlement negotiations. In fact, the parties are confident that their settlement negotiations will alleviate the need for any time and further expense in discovery on this matter. Unfortunately, counsel for the defendant, Moller-Maersk A/S, will be out of the country overseas during the next week and completion of the party depositions will not be accomplished before his departure.

Inasmuch as the parties are in active settlement discussions which are very promising and are expected to result in a amicable resolution of this matter, the parties jointly request that your Honor permit a sixty (60) day extension to the current discovery deadline to permit the parties to finalize their settlement discussions without the need of incurring the expense of depositions of the party witnesses. The undersigned is particularly confident that this matter will be resolved once opposing counsel has returned from his overseas business trip and the parties are allowed to continue and finalize the settlement discussions.

We respectfully request that your Honor favorably consider our request for an additional sixty (60) day extension on the current discovery deadline as the parties believe that by permitting a sixty (60) day extension to the current discovery deadline the parties will be able to finalize this matter with an amicable resolution.

Honorable Peter K. Leisure
July 30, 2008
Page -2-

      We thank your Honor for your kind attention to the foregoing.

      Respectfully submitted,

      BADIAK & WILL, LLP

      JAMES P. KRAUZLIS

JPK:jm

cc:   Freehill Hogan & Mahar LLP
      80 Pine Street
      New York, New York 10005-1759
      Attn.: James L. Ross, Esq.

      Campolo, Middleton & Associates, LLP
      3340 Veterans Memorial Highway, Suite 400
      Bohemia, New York 11716
      Attn.: Scott D. Middleton, Esq.

*The request for a 60 day extension of the discovery deadline is hereby granted.*

*8/04/08*

SO ORDERED

*[signature]*

USDJ